JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATHEIA C. BLACK,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOUNTAIN LION ACQUISITIONS INC., and DOES 1-10,<br><br>    Defendants. | **Case No.:** 8:16-cv-01319-JLS (DFMx)<br><br>**JUDGMENT AGAINST DEFENDANT, MOUNTAIN LION ACQUISITIONS, INC. IN THE TOTAL AMOUNT OF $10,427.71, BY WAY OF $2,001.00 IN DAMAGES TO PLAINTIFF AND $8,426.71 IN ATTORNEYS' FEES AND EXPENSES**<br><br>**JUDGE**: Josephine L. Staton |

Judgment is hereby entered against Defendant MOUNTAIN LION ACQUISITIONS, INC. for violations of the Federal Fair Debt Collection Practices Act (15 U.S.C. § 1692, *et seq*.) and the California Fair Debt Buying Act (Cal. Civ. Code §1788.50, *et seq*.).

On August 22, 2016, Plaintiff filed a notice of acceptance of Rule 68 offer of judgment filed by Defendant on August 8, 2016. (*See* Docs. 13, 16.)

On September 1, 2016, Plaintiff filed her Motion for Attorneys' Fees and Costs as the prevailing party, consistent with the Rule 68 offer of judgment, which the Court thereafter granted in part and denied in part. (*See* Docs. 17, 23.)

It is hereby ordered that judgment for Plaintiff be entered against Defendant in the

total amount of $10,427.71, consisting of $2,001.00 in damages and $8,426.71 in attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: October 19, 2016

_____
Hon. Josephine L. Staton
U.S. District Court Judge